CHOI & ITO
Attorneys at Law

CHUCK C. CHOI
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com;


Attorney for Debtors
MICHAEL KALUA CHING AND SONIA
ROMAN

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>MICHAEL KALUA CHING AND SONIA ROMAN<br><br>Debtors. | Case No. 19-00989<br>(Chapter 7) |

**AMENDED SUMMARY OF ASSETS AND LIABILITIES;**

**AMENDED DEBTOR'S SCHEDULE F;**

**AMENDED CREDITOR'S MATRIX**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Michael | Kalua | Ching |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Sonia | | Roman |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court - District of Hawaii
Case number  19-00989

Local Form H1009-1 (12/16)
## Cover Sheet for Amendments

**Part 1: Amendments** (attach amended documents to this cover sheet)

*Check all of the following that are being amended.*

Schedules: [ ] A/B  [ ] C  [ ] G  [ ] H  [ ] I  [ ] J

[ ] Statement of Financial Affairs

[ ] Chapter 7 Statement of Intention

**Amendments requiring $31 filing fee**

Schedules: [ ] D  [xx] E/F

[ ] Creditor List – *no fee required for amended list if:*
- *only updating an address or*
- *only adding a creditor's attorney*

[ ] Chapter 7 Statement of Current Monthly Income (122A-1)

[ ] Chapter 7 Means Test Calculation (122A-2)

[ ] Chapter 13 Statement of Current Monthly Income (122C-1) and Calculation of Disposable Income (122C-2)

[xx] Other:  AMENDED SUMMARY OF ASSETS & LIABILITIES; AMENDED CREDITOR'S MATRIX

**Part 2: Declaration**

Under penalty of perjury, the undersigned declares that I have read the documents filed with this declaration and that they are true and correct. *[If filing electronically through ECF, a **Declaration re: Electronic Filing** with original signatures must be submitted on paper not later than 7 days after filing the amendments.]*

/s/ _____  /s/ _____
Debtor 1                      Debtor 2

Dated: September 13, 2019     Dated: September 13, 2019

**Part 3: Certificate of Service** (attach a list of names and addresses where notice was sent)

The undersigned certifies:

[ ] Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

[ ] A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: _____  /s/ _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Michael Kalua Ching**<br>First Name — Middle Name — Last Name |
| Debtor 2<br>(Spouse if, filing) | **Sonia Roman**<br>First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number<br>(if known) | 19-00989 |

■ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................... $ **640,200.00**
   1b. Copy line 62, Total personal property, from Schedule A/B..................................................... $ **15,744.66**
   1c. Copy line 63, Total of all property on Schedule A/B................................................................ $ **655,944.66**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ **741,257.18**
3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................ $ **0.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... $ **599,570.54**

**Your total liabilities**  $ **1,340,827.72**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................ $ **7,362.00**
5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................ $ **8,261.77**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to

Official Form 106Sum  Summary of Your Assets and Liabilities and Certain Statistical Information  page 1 of 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii   #19-00989   Dkt # 18   Filed 09/13/19   Page 3 of 16

| Debtor 1 | **Michael Kalua Ching** | | |
|---|---|---|---|
| Debtor 2 | **Sonia Roman** | Case number *(if known)* | **19-00989** |

the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  $ **2,338.75**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Official Form 106Sum     Summary of Your Assets and Liabilities and Certain Statistical Information     page 2 of 2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

U.S. Bankruptcy Court - Hawaii    #19-00989    Dkt # 18    Filed 09/13/19    Page 4 of 16

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Michael Kalua Ching** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | **Sonia Roman** |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number (if known) | **19-00989** |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ■ No. Go to Part 2.
   - ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|
| 4.1 | **Altres** | Last 4 digits of account number | | **$10,993.95** |
| | Nonpriority Creditor's Name | | | |
| | **967 Kapiolani Boulevard** | When was the debt incurred? | **9/24/2018** | |
| | **Honolulu, HI 96814** | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |
| | Who incurred the debt? Check one. | | | |
| | ■ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ■ No | | | |
| | ☐ Yes | ■ Other. Specify  **Promissory Note** | | |

| Debtor 1 | Michael Kalua Ching | | |
|---|---|---|---|
| Debtor 2 | Sonia Roman | Case number (if known) | 19-00989 |

### 4.2 American Savings Bank
Nonpriority Creditor's Name
P.O. Box 2300
Honolulu, HI 96804
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **7782**   $20,409.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.3 American Savings Bank
Nonpriority Creditor's Name
P.O. Box 2300
Honolulu, HI 96804
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **9017**   $7,456.95

**When was the debt incurred?**  06/22/2016

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.4 AMEX
Nonpriority Creditor's Name
P.O. Box 360002
Fort Lauderdale, FL 33336
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **1006**   $56,883.00

**When was the debt incurred?**  06/01/2016

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt**

| Debtor 1 | Michael Kalua Ching | | |
|---|---|---|---|
| Debtor 2 | Sonia Roman | Case number (if known) | 19-00989 |

### 4.5 AMEX
Nonpriority Creditor's Name
P.O. Box 360002
Fort Lauderdale, FL 33336
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **5003**   $8,882.31

When was the debt incurred?  **01/02/2002**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

### 4.6 Bank of Hawaii
Nonpriority Creditor's Name
P.O. Box 2715
Honolulu, HI 96803
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **0327**   $25,259.09

When was the debt incurred?  **06/15/2015**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

### 4.7 Bank of the West
Nonpriority Creditor's Name
P.O. Box 4024
Alameda, CA 94501
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **6478**   Unknown

When was the debt incurred?  **09/24/2001**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **2016 Hurricane CC 19**

| Debtor 1 | Michael Kalua Ching | | |
|---|---|---|---|
| Debtor 2 | Sonia Roman | Case number (if known) | 19-00989 |

| 4.8 | **Central Pacific Bank** | Last 4 digits of account number | 6400 | $5,948.67 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 30395**
**Honolulu, HI 96811**
Number Street City State Zip Code

**When was the debt incurred?** 10/21/2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.9 | **Chase Cards** | Last 4 digits of account number | 5194 | $75,680.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 15298**
**Palatine, IL 60094**
Number Street City State Zip Code

**When was the debt incurred?** 05/06/2006

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

| 4.10 | **Chase Cards** | Last 4 digits of account number | 3069 | $13,207.15 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 15298**
**Palatine, IL 60094**
Number Street City State Zip Code

**When was the debt incurred?** 11/01/2004

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael Kalua Ching** | | |
| Debtor 2 | **Sonia Roman** | Case number (if known) | **19-00989** |

| 4.1 1 | **Citi Cards** | Last 4 digits of account number | **6045** | $5,014.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 8034**
**South Hackensack, NJ 07606**
Number Street City State Zip Code

When was the debt incurred? **02/24/2010**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.1 2 | **Citicards** | Last 4 digits of account number | **5138** | $51,480.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 8034**
**South Hackensack, NJ 07606**
Number Street City State Zip Code

When was the debt incurred? **09/08/2006**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

| 4.1 3 | **Costco Visa** | Last 4 digits of account number | **3425** | $123,946.40 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 78019**
**Phoenix, AZ 85062**
Number Street City State Zip Code

When was the debt incurred? **01/02/2014**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

| Debtor 1 | Michael Kalua Ching | | | |
|---|---|---|---|---|
| Debtor 2 | Sonia Roman | Case number (if known) | 19-00989 | |

| 4.14 | **Department of Human Services** | Last 4 digits of account number | **4558** | **$2,059.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**FMO/Accounting/CRS**
**P.O. Box 4147**
**Honolulu, HI 96812-4147**
Number Street City State Zip Code

When was the debt incurred? **July 2019**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.15 | **Discover Card** | Last 4 digits of account number | **8831** | **$38,613.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 30395**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred? **02/25/1999**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

| 4.16 | **Discover Card** | Last 4 digits of account number | **8278** | **$15,892.17** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 30395**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred? **08/03/2007**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| Debtor 1 | **Michael Kalua Ching** | | |
|---|---|---|---|
| Debtor 2 | **Sonia Roman** | Case number (if known) | **19-00989** |

| 4.17 | **Hawaii Receivables Managament** | Last 4 digits of account number | | $132,209.20 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | **970 N. Kalaheo Avenue, Suite C110** | When was the debt incurred? | | |
| | **Kailua, HI 96734** | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

| 4.18 | **MB Financial Services** | Last 4 digits of account number | **2001** | $5,636.65 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | **P.O. Box 961** | When was the debt incurred? | | |
| | **Roanoke, TX 76262** | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Vehicle Lease: 2015 MB C300W**

| 4.19 | **Yett Property Management** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | **c/o Denis Lee, Esq.** | When was the debt incurred? | | |
| | **1164 Bishop Street, Suite #1201** | | | |
| | **Honolulu, HI 96813** | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal Guarantee of Business Lease**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 7 of 8
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy
U.S. Bankruptcy Court - Hawaii    #19-00989    Dkt # 18    Filed  09/13/19    Page 11 of 16

| Debtor 1 | **Michael Kalua Ching** | | | |
|---|---|---|---|---|
| Debtor 2 | **Sonia Roman** | Case number (if known) | **19-00989** | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ | 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 599,570.54 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 599,570.54 |

Official Form 106 E/F         Schedule E/F: Creditors Who Have Unsecured Claims         Page 8 of 8
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy
U.S. Bankruptcy Court - Hawaii   #19-00989   Dkt # 18   Filed  09/13/19   Page 12 of 16

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Michael Kalua Ching** |
| Debtor 2 (Spouse if, filing) | **Sonia Roman** |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number (if known) | 19-00989 |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Michael Kalua Ching**  
**Michael Kalua Ching**  
Signature of Debtor 1

Date **September 13, 2019**

X **/s/ Sonia Roman**  
**Sonia Roman**  
Signature of Debtor 2

Date **September 13, 2019**

Official Form 106Dec   Declaration About an Individual Debtor's Schedules

# United States Bankruptcy Court
## District of Hawaii

In re: **Michael Kalua Ching / Sonia Roman**, Debtor(s)

Case No. **19-00989**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **September 13, 2019**
/s/ Michael Kalua Ching
**Michael Kalua Ching**
Signature of Debtor

Date: **September 13, 2019**
/s/ Sonia Roman
**Sonia Roman**
Signature of Debtor

Altres
967 Kapiolani Boulevard
Honolulu, HI 96814

American Savings Bank
1001 Bishop Street
Honolulu, HI 96813

American Savings Bank
P.O. Box 2300
Honolulu, HI 96804

AMEX
P.O. Box 360002
Fort Lauderdale, FL 33336

Bank of Hawaii
P.O. Box 2715
Honolulu, HI 96803

Bank of the West
P.O. Box 4024
Alameda, CA 94501

Central Pacific Bank
P.O. Box 30395
Honolulu, HI 96811

Chase Cards
P.O. Box 15298
Palatine, IL 60094

Citicards
P.O. Box 8034
South Hackensack, NJ 07606

Costco Visa
P.O. Box 78019
Phoenix, AZ 85062

Department of Human Services
FMO/Accounting/CRS
P.O. Box 4147
Honolulu, HI 96812-4147

Discover Card
P.O. Box 30395
Salt Lake City, UT 84130

First Foundation Bank
Two Waterfront Plaza
500 Ala Moana Blvd., #2A
Honolulu, HI 96813

Hawaii Gourmet Cookies, Inc.
91-110 Hanua Street, #313
Kapolei, HI 96707

Hawaii Receivables Managament
970 N. Kalaheo Avenue, Suite C110
Kailua, HI 96734

MB Financial Services
P.O. Box 961
Roanoke, TX 76262

Office of Hawaiian Affairs
560 N. Nimitz Hwy., #200
Honolulu, HI 96817

Wells Fargo Home Mortgage
P.O. Box 51120
Los Angeles, CA 90051

Yett Property Management
c/o Denis Lee, Esq.
1164 Bishop Street, Suite #1201
Honolulu, HI 96813